Ex parte Pedro Ferrá, peticionario y apelante.

Núm. 8615.—*Sometido:* Febrero 2, 1943. *Resuelto:* Febrero 11, 1943.

*E. Pérez Casalduc,* abogado del apelante; *R. A. Gómez, Fiscal del Tribunal Supremo* y *Luis Negrón Fernández, Fiscal Auxiliar,* abogados de El Pueblo.

El Juez Asociado Señor De Jesús emitió la opinión del tribunal.

El 2 de julio de 1942 el apelante por conducto de su abogado Sr. E. Pérez Casalduc radicó en la corte inferior una solicitud de hábeas corpus alegando hallarse privado de su libertad por el Alcaide de la Cárcel Municipal de Arecibo y que la ilegalidad de su prisión consistía en que él no había cometido delito alguno. Se expidió el auto inmediatamente y señalada la vista para las dos de la tarde del mismo día, compareció el recurrido trayendo consigo al peticionario y se procedió a celebrar la vista del recurso, estando representado el peticionario por su abogado y el alcaide por el fiscal del distrito. El recurrido ofreció en evidencia y fué admitida sin oposición una orden de encarcelación suscrita por el Juez Municipal de Arecibo, dirigida al recurrido en su carácter de alcaide de la Cárcel Municipal de Arecibo, notificándole que habiéndose dictado por dicho magistrado una orden para que Pedro Ferrá fuese detenido con el objeto de que respondiese del cargo de infracción a la sección 1 de la Ley núm. 42 de 1917 ((2) pág. 337), le ordenaba que lo recibiera en su custodia y lo detuviera hasta que fuese legalmente excarcelado. Al pie de la orden de encarcelación se fijaba en $500 la fianza para quedar en libertad provisional.

Oída la prueba del fiscal, consistente en la declaración del recurrido y en la orden de encarcelación de que se ha hecho mérito, la corte advirtió al peticionario que su solicitud de hábeas corpus era insuficiente, concediéndole permiso para enmendarla, lo que rehusó el peticionario, insistiendo su abogado en la suficiencia de la petición. El peticionario no presentó prueba y el juez inferior, bajo el título de ''Decisión'' dictó sentencia declarando sin lugar la petición de hábeas corpus. Contra dicha sentencia se interpuso el presente recurso.

■■ La petición de hábeas corpus es claramente insuficiente. En ella no se alega que el magistrado que expidió la orden de encarcelación careciese de jurisdicción para dictarla, ni que la orden de encarcelación sea por cualquier otro motivo nula ni tampoco que no existiera causa probable para la detención del peticionario. Es verdad que el acusado alegó que no había cometido delito alguno, pero esa alegación no implica necesariamente la inexistencia de causa probable contra él. La inocencia o culpabilidad del acusado no es para ser determinada dentro de un proceso de hábeas corpus, sino en el juicio correspondiente.

No cometió, a nuestro juicio, error alguno la corte inferior al desestimar la petición de hábeas corpus. Es más, dentro de las circunstancias concurrentes, pudo haberla desestimado de plano, negándose a expedir el auto.

*Por lo expuesto, procede declarar sin lugar el recurso de apelación y confirmar la sentencia apelada.*